JOEL W. MASON, Respondent, *v.* CHARLES PARTRIDGE, Impleaded, etc., Appellant.

EDWIN SAWYER and others, Respondents, *v.* THE SAME, Appellant.

LEVY KILBURN and others, Respondents, *v.* THE SAME, Appellant.

*Partnership — limitation upon power of managing partner — waiver of.*

An agreement, in writing, was entered into between the defendants Partridge and Whitney, by which the former placed $2,000 in the hands of the latter to be used in the business of buying and selling chairs and the materials therefor; Whitney having no authority to sign any note or obligation of indebtedness for Partridge, but to conduct the business for cash only; Partridge in no event to be liable for more than the $2,000 advanced. Whitney was to have one-half of the profits and was to render quarterly statements showing the condition of the business. Whitney subsequently purchased of the plaintiffs in the above actions, who had notice of the conditions of the agreement, large amounts of goods upon credit. By the statements which were regularly furnished as required by the agreement, it appeared that debts had been created, in the course of the business, largely in excess of the $2,000. *Held,* that Partridge by failing to object to the business being carried on upon credit, held Whitney out as authorized to transact the business in that way, and was liable for the debts so contracted.

Appeals from judgments in favor of the plaintiffs in the above entitled actions, entered upon the reports of a referee.

*William F. Leonard,* for the appellant.

*Joseph H. Choate,* for the respondents.

Opinion by Daniels, J.

Davis, P. J., and Brady, J , concurred.

Judgment in the first action modified by reducing the recovery from $696.10 to $180.50 and interest, as specified in opinion, if plaintiff so stipulate, and as modified affirmed, without costs.

Judgment in other actions affirmed.